■ NINTH FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v SAMUEL GRAY, Appellant, et al., Defendants. — Order of the Supreme Court, Westchester County, dated April 6, 1984, affirmed, with costs, for the reasons stated by Justice Ferraro at Special Term (*see also, Matter of Smith v McManus & Sons,* 101 AD2d 890). Titone, J. P., Lazer, Thompson and O'Connor, JJ., concur.